```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 21349
   ROBERT F GARCIA
   REBECCA BENAVIDES                          CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-4492     SSN XXX-XX-3585


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/14/2008 and was not confirmed.

     The case was dismissed without confirmation 12/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------------
HSBC BANK USA              CURRENT MORTG         .00          .00         .00
HSBC BANK USA              MORTGAGE ARRE    28266.30          .00         .00
IRWIN HOME EQUITY          CURRENT MORTG         .00          .00         .00
IRWIN HOME EQUITY          MORTGAGE ARRE      300.00          .00         .00
ANITA WILKES               DSO ARREARS     NOT FILED          .00         .00
CACH                       UNSECURED       NOT FILED          .00         .00
CALIFORNIA STUDENT AID C   UNSECURED       NOT FILED          .00         .00
FOURSCORE RESOURCE CAPIT   UNSECURED         1593.78          .00         .00
CHASE MANHATTAN            NOTICE ONLY     NOT FILED          .00         .00
CHELICH M DO               UNSECURED       NOT FILED          .00         .00
COMCAST                    UNSECURED       NOT FILED          .00         .00
COMMONWEALTH EDISON        UNSECURED          442.79          .00         .00
HSBC CARD SERVICES         UNSECURED       NOT FILED          .00         .00
HSBC CARD SERVICES         UNSECURED       NOT FILED          .00         .00
IDES                       UNSECURED       NOT FILED          .00         .00
LVNV FUNDING               UNSECURED          472.54          .00         .00
LITTLE CO MARY HOSPITAL    UNSECURED       NOT FILED          .00         .00
LORETTO HOSPITAL           UNSECURED       NOT FILED          .00         .00
METROWEST EMERGENCY SVC    UNSECURED       NOT FILED          .00         .00
ASSET ACCEPTANCE           UNSECURED          272.77          .00         .00
SACRED HEART HOSPITAL      UNSECURED       NOT FILED          .00         .00
SALLIE MAE SERVICING       NOTICE ONLY     NOT FILED          .00         .00
SMG                        UNSECURED       NOT FILED          .00         .00
HSBC BANK USA              MORTGAGE NOTI   NOT FILED          .00         .00
CAPITAL ONE                UNSECURED         1540.47          .00         .00
FELD & KORRUB LLC          DEBTOR ATTY          .00                       .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                      820.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  820.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 21349 ROBERT F GARCIA & REBECCA BENAVIDES
```

```
PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                            820.00
                                        ---------------    ---------------
TOTALS                                          820.00             820.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 03/05/09                    /s/ Tom Vaughn
                                                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE